UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Kevin D. Hall

        v.                                    Civil No. 08-cv-351-JL

State of New Hampshire


O R D E R


After due consideration of the objection filed, I herewith approve the Report

and Recommendation of Magistrate Judge Muirhead dated November 20, 2008.

       SO ORDERED.

December 11, 2008                    _____
                                    Joseph N. Laplante
                                    United States District Judge


cc:    Kevin D. Hall, pro se